UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROBERT DAVIS<br>    LA. DOC #323638 | CIVIL ACTION NO. 13-2419 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| CHAD LEE, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**MONROE, LOUISIANA**, this 21st day of October, 2013.

*[signature: Robert G. James]*

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE